United States District Court
for the District of New Jersey

| | |
|---|---|
| BENJAMIN SCHARF, ET AL | : |
| | : |
| Plaintiff | : Civil No. 08-2878 |
| | : |
| v. | : |
| | : |
| | : Order of Reassignment |
| NATIONAL RAILROAD PASSENGER CORPORATION | : |
| Defendant | : |

It is on this 3rd day of September 2008,

O R D E R E D that the entitled action is reassigned

from William J. Martini to Judge Jose L. Linares.

                                                S/Garrett E. Brown, Jr.
                                      Garrett E. Brown, Jr., Chief Judge
                                      United States District Court